UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY, V72062,<br>Petitioner,<br>v.<br>M.E. SPEARMAN, Warden,<br>Respondent. | Case No. 18-cv-02609-CRB  (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS AS SECOND OR SUCCESSIVE PETITION**<br><br>(ECF No. 3) |

Petitioner, a state prisoner currently incarcerated at High Desert State Prison, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a March 2005 conviction from San Francisco County Superior Court. His first petition was denied on the merits on May 1, 2009. See Haney v. Adams, No. 07-cv-4682-CRB (N.D. Cal. May 1, 2009) (order denying petition for a writ of habeas corpus).

A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

But based solely on petitioner's affidavit of poverty, his application to proceed in forma pauperis (ECF No. 3) under 28 U.S.C. § 1915 is GRANTED.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: May 9, 2018

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE HANEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.E. SPEARMAN,<br><br>　　　　Defendant. | Case No. 3:18-cv-02609-CRB<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on May 9, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Monte Haney ID: V-72062
High Desert State Prison C2-214
P.O. Box 3030
Susanville, CA 96127

Dated: May 9, 2018

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____R. Scott_____
　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER